BEFORE THE THIRD DIVISION, DECEMBER 7, 1967

No. P67/429.—American Roland Corp. *v.* United States, protest 66/76212 (New York).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of thiamine hydrochloride, which merchandise was the subject of *American Roland Corp.* v. *United States* (53 Cust. Ct. 391, Reap. Dec. 10808), wherein the court found, based on facts agreed to by the Government, that the date of exportation of said merchandise covered by the involved entry (856931 of 11/20/62) was during the period November 9, 1962, to May 17, 1963; that, in liquidation, the liquidating officer used a date of exportation other than that previously determined by the Government, resulting in a liquidation at a higher dutiable value than that determined by the court in Reap. Dec. 10808, *supra;* that a request for relief under the provisions of section 520(c)(1), Tariff Act of 1930, as amended, to correct the inadvertence was denied and the protest herein was lodged against said denial; and that the proper duti-

able values for the involved merchandise are as set forth in Reap. Dec. 10808, *supra*, the court sustained the claim in the protest that the involved entry should be reliquidated on the basis of export value of U.S. $13 per kilogram, c.i.f.